JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL CRUZ MARTINEZ, | Case No. CV 20-8361-VBF (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MR. KOENIG, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 4, 2022          /s/    Valerie Baker Fairbank
                              VALERIE BAKER FAIRBANK
                              UNITED STATES DISTRICT JUDGE